# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 20-60434

In re: JOHNNY TURNER,

Movant

A True Copy
Certified order issued Jul 01, 2020

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Motion for an order authorizing
the United States District Court for the
Northern District of Mississippi to consider
a successive 28 U.S.C. § 2254 application

Before JONES, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM:

Johnny Turner, Mississippi prisoner # 37970, moves for authorization to file a second or successive 28 U.S.C. § 2254 application attacking his convictions for manufacturing methamphetamine and possession of methamphetamine.

Turner has not demonstrated that he can satisfy the criteria under which we may authorize the filing of a successive § 2254 application. He has not made a prima facie showing either (1) that his claims rely "on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable," 28 U.S.C. § 2244(b)(2)(A), or (2) that the factual predicate for his claims "could not have been discovered previously through the exercise of due diligence," and the underlying facts, "if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no

No. 20-60434

reasonable factfinder would have found the applicant guilty of the underlying offense," § 2244(b)(2)(B)(i), (ii); *see also* § 2244(b)(3)(A), (C). We do "not recognize freestanding claims of actual innocence on federal habeas review," *In re Swearingen*, 556 F.3d 344, 348 (5th Cir. 2009), and Turner nevertheless fails to show that he has presented new evidence of actual innocence showing that it is more likely than not that no reasonable juror would have found him guilty of the charged offense, *see McQuiggin v. Perkins*, 569 U.S. 383, 386-87, 399 (2013); *Schlup v. Delo*, 513 U.S. 298, 327-29 (1995).

Accordingly, IT IS ORDERED that Turner's motion for authorization is DENIED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2020

Mr. David Crews
Northern District of Mississippi, Aberdeen
United States District Court
301 W. Commerce Street
Aberdeen, MS 39730

        No. 20-60434    In re: Johnny Turner
                        USDC No. 1:20-CV-105

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Shea E. Pertuit*

                    By: _____
                    Shea E. Pertuit, Deputy Clerk
                    504-310-7666

cc w/encl:
      Mr. Johnny Turner